UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20876-CIV-SEITZ/O'SULLIVAN

WILLIAM JORGE CASTILLO,

    Plaintiff,

vs.

ROCHE LABORATORIES INC.

    Defendant

_____/

<u>**ORDER GRANTING IN PART MOTION TO STRIKE**</u>

    This matter is before the Court on the Defendant's Motion to Strike [DE-4] in which Defendant seeks to strike paragraph 37 of the Complaint because it contains personal and confidential health information of one of Defendant's current employees and because it is immaterial and impertinent. Plaintiff responds that the information is relevant to his claim of discrimination because paragraph 37 sets out one of the ways that Defendant discriminated against Plaintiff and that the employee herself made the information public. Defendant, however, has submitted an affidavit from the named employee in which she states that she wishes the information to remain private. Upon consideration, it is hereby

    ORDERED that Defendant's Motion to Strike [DE-4] is GRANTED in part. The name of the employee in paragraph 37 is stricken.

    DONE and ORDERED in Miami, Florida, this 20th day of April, 2010.

/s/ Patricia A. Seitz<br>
PATRICIA A. SEITZ<br>
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record