UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.1:10-cv-20876-PAS

WILLIAM JORGE CASTILLO,
an individual,

        Plaintiff,

vs.

ROCHE LABORATORIES, INC.,
a foreign corporation,

        Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Adam B. Klarfeld formerly with the law firm of Shook, Hardy & Bacon L.L.P., hereby files this Motion to Withdraw as Counsel of Record for defendant, Roche Laboratories, Inc. in the above case.

Respectfully submitted,

BY __/s/ _ Adam B. Klarfeld _____
Adam B. Klarfeld
Florida Bar No. 003043

-1-

LAW OFFICES
SHOOK, HARDY & BACON LLP
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 • TELEPHONE (305) 358-5171

640484 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2010, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record identified on the below Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

          /s/_ _Adam B. Klarfeld _____
          Adam B. Klarfeld

## SERVICE LIST

**Castillo v. Roche Laboratories Inc.**
**Case No.1:10-cv-20876-PAS**

Melanie E. Damian, Esq.
Andrew C. DeWeese, Esq.
Damian & Valori, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Tel:  305/371-3960
Fax:  305/371-3965
**Counsel for Plaintiff**

2
LAW OFFICES
SHOOK, HARDY & BACON LLP
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171

640484 v1