UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.1:10-cv-20876-PAS

WILLIAM JORGE CASTILLO,
an individual,

    Plaintiff,
v.

ROCHE LABORATORIES INC.,
a foreign corporation,

    Defendant.
_____/

## ORDER

THIS MATTER came before the Court on November 9th, 2010 on Plaintiff's Re-Notice of Hearing dated November 4, 2010. Following full hearing of the issues at which argument of counsel was heard, upon consideration, it is:

1. ORDERED as to Plaintiff's Request for Production No. 16, upon agreement of Defendant, it will produce all documents it relied upon in compiling its responses to Plaintiff's First Set of Interrogatories to the extent such documents were created before Plaintiff filed suit and were not created in anticipation of litigation by December 1, 2010.

2. ORDERED that, in response to Plaintiff's Request for Production No. 25, Defendant must produce all documents pertaining to and/or reflecting the discipline and/or termination of any employee by Jeff Soper, Chris Sarchi, or Michael O'Toole for falsification of an expense report for the 5-year period prior to November 9, 2010 by December 1, 2010. Defendant may redact social security information or HIPAA protected information.

3. ORDERED that, in response to Plaintiff's Request for Production No. 26, Defendant must produce all documents pertaining to and/or reflecting the discipline and/or termination of any employee by Jeff Soper, Chris Sarchi, or Michael O'Toole for failing to attend and/or arriving late to a mandatory event at a National Sales Meeting for the 5-year period prior to November 9, 2010 by December 1, 2010. Defendant may redact social security information or HIPAA protected information.

4. ORDERED that, in response to Plaintiff's Request for Production No. 8, Defendant must produce all email of Jeff Soper, Chris Sarchi, Michael O'Toole, and Lynn Harac that include the term "William Castillo" and any of the following words: fired; terminated; homosexual; gay; homo; expense report; discrimination; discriminate; homophobic; sexual orientation; Hispanic; Cuban. Defendant must produce emails from the time period of July 1, 2007 to June 30, 2008.

5. ORDERED that, in response to Plaintiff's Request for Production No. 9, by December 1, 2010, Defendant must produce all email and hard copy correspondence between William Castillo and Jeff Soper, Chris Sarchi, Michael O'Toole, Jill Coyle, Jacque Vontver, Scott Sarisky, Lynette Woide, Scott Vance, Lynn Harac, Olga Rodriguez-Gil and Naida Lugo that contain any of the following words: fired; terminated; homosexual; gay; homo; expense report; discrimination; discriminate; homophobic; sexual orientation; Hispanic; Cuban. Defendant must produce all email and hard copy correspondence from the time period of January 1, 2008 to June 31, 2008.

6. ORDERED that Defendant respond to Plaintiff's Interrogatory No. 17 by December 1, 2010, limited to any employee who has been the subject of any non-verbal disciplinary action by Jeff Soper, Chris Sarchi, or Michael O'Toole for submitting false or incorrect

expenses to Defendant, where the total amount of such expenses was less than US$100.00.

7. ORDERED that Defendant must produce all documents in response to Plaintiff's Request for Production No. 43 by December 1, 2010, limited to documents referring or reflecting claims against Chris Sarchi and Michael O'Toole for discrimination based on sexual orientation or retaliation based on sexual orientation, and claims against Jeff Soper for discrimination based on sexual orientation and all types of retaliation for the time period January 1, 2007 to November 9, 2010.

8. ORDERED that Defendant must provide the designation of a corporate representative with knowledge of Defendant's responses to Plaintiff's Requests for Production numbers 25 and 26, and Interrogatory No. 17 by December 1, 2010.

DONE AND ORDERED at Miami-Dade County, Florida, this 16th day of November, 2010.

John J. O'Sullivan
United States Magistrate Judge

Copies furnished to:
All counsel of record