UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.1:10-cv-20876-SEITZ/O'SULLIVAN

WILLIAM JORGE CASTILLO,
an individual,

        Plaintiff,

vs.

ROCHE LABORATORIES, INC.,
a foreign corporation,

        Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REVIEW DEPOSITION TRANSCRIPT

THIS CAUSE is before the Court on the Defendant's Unopposed Motion for Extension of Time to Review Deposition Transcript, and having considered the Motion and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED that the Motion is GRANTED. The deadline for Plaintiff to review his deposition transcript and submit a statement of signed changes to the court reporter is January 15, 2011.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this ____ day of December 2010.

                                            PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE

*Copy Provided to:*
All Counsel of record

642724 v1